

P5738/P. Merrigan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

07 CRIM. 643

**TO:**      Jim Molinelli, Miscellaneous Clerk

**FROM:**    Peter A. Merrigan, Supervising U. S. Probation Officer

**RE:**      Lyons, Gregory

**DATE:**    June 25, 2007

## ASSIGNMENT OF TRANSFER OF JURISDICTION

On June 2, 2005, the above-named individual was sentenced in the District of Maryland outlined in the attached J & C.

In June 2007, we received the Prob. 22's endorsed by the Honorable William M. Nickerson, Senior U.S. District Court Judge, ordering Mr. Lyon's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5129

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Peter A. Merrigan
Supervising U.S. Probation Officer

JUL 18 2007