AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN                           District of                           NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>GREGORY LYONS, a/k/a "Mike" | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |

Case Number:        1:07CR643-01(DLC)

USM Number:        30341-037

Roland Thau                                        AUSA: Carrie Cohen
Defendant's Attorney

## THE DEFENDANT:

X  admitted guilt to violation of condition(s)  2 and 3 _____ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Releasee tested positive for marijuana | 11/21/2006 |
| 3 | Releasee tested positive for the use of cocaine | 01/11/2007 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s) ___1 and 4___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    None

Defendant's Date of Birth:    April 15, 1973

Defendant's Residence Address:

Unknown

Defendant's Mailing Address:

Unknown

March 28, 2008
Date of Imposition of Judgment

_____
Signature of Judge

Denise Cote, U.S. District Judge
Name and Title of Judge

_____
Date    April 1, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-08

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page    2    of    3

DEFENDANT:       GREGORY LYONS, aka "Mike"
CASE NUMBER:     1:07CR00643-01(DLC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned
total term of :        20 months.

X    The court makes the following recommendations to the Bureau of Prisons:
     That the defendant be designated to a facility in Virginia.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at  _____  ☐ a.m.  ☐ p.m.  on  _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2  _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL